1   Richard C. Gordon, Esq.
  Nevada Bar No. 9036
2   Evan Hall, Esq.
  Nevada Bar No. 14533
3   SNELL & WILMER L.L.P.
  3883 Howard Hughes Parkway
4   Suite 1100
  Las Vegas, NV 89169
5   Telephone:  (702) 784-5200
  Facsimile :  (702) 784-5252
6   Email:  rgordon@swlaw.com
  Email:  ehall@swlaw.com
7

8   Jeffrey M. Gould, Esq. (*Admitted Pro Hac Vice*)
  OPPENHEIM + ZEBRAK, LLP
9   5225 Wisconsin Avenue NW, Suite 503
  Washington, DC 20015
10   Telephone:  (202) 480-2999
  Facsimile :  (866) 766-1678
11   Email:  jeff@oandzlaw.com

12   *Attorneys for Plaintiffs MCGRAW-HILL*
  *GLOBAL EDUCATION HOLDINGS, LLC,*
13   *PEARSON EDUCATION, INC., and*
  *CENGAGE LEARNING, INC.*

14

15   **UNITED STATES DISTRICT COURT**

16   **FOR THE DISTRICT OF NEVADA**

17

18   MCGRAW-HILL GLOBAL EDUCATION
  HOLDINGS, LLC, PEARSON EDUCATION,
19   INC., and CENGAGE LEARNING, INC.,

20        Plaintiffs,

21    v.

22   ELIAS EBWEKOH and NZOH EBWEKOH

23

24        Defendants.

**Case No. 2:18-cv-00012-JAD-VCF**

**FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

25   ///

26   ///

27   ///

28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

IT IS HEREBY STIPULATED, by and between Plaintiffs McGraw-Hill Global Education Holdings, LLC, Pearson Education, Inc., and Cengage Learning, Inc. ("Plaintiffs") and Defendant Nzoh Ebwekoh ("Defendant"), as follows:

1. Plaintiffs filed the Complaint in this case on January 3, 2018. On January 6, 2018, Defendant was served. The other defendant, Elias Ebwekoh (Nzoh Ebwekoh's father), is currently out of the country and has not yet been served.

2. Defendant's response to the Complaint was due on January 29, 2018. However, he has not yet retained counsel and neglected to file such response. Plaintiffs have not moved for default.

3. To allow the parties time to determine if a resolution to this matter can be reached before Defendant files his response to the Complaint, Plaintiffs agree that Defendant Nzoh Ebwekoh may have an additional 45 days from the original due date to do so.

4. This is the first stipulation or request seeking an extension of this due date.

5. Accordingly, it is hereby stipulated by and between the parties that Defendant Nzoh Ebwekoh's response to the Complaint is due on March 15, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**.

DATED:  February 21, 2018                SNELL & WILMER LLP

                                         By: */s/ Richard C. Gordon*
                                             Richard C. Gordon, Esq. (NV Bar #9036)
                                             Evan Hall, Esq. (NV Bar #14533)
                                             3883 Howard Hughes Parkway, Suite 1100
                                             Las Vegas, NV 89169

                                         OPPENHEIM + ZEBRAK, LLP
                                         Jeffrey M. Gould , Esq. (*Admitted Pro Hac Vice*)
                                         5225 Wisconsin Avenue NW, Suite 503
                                         Washington, DC 20015

                                         *Counsel for Plaintiffs McGraw-Hill Global Education*
                                         *Holdings, LLC, Pearson Education, Inc., and Cengage*
                                         *Learning, Inc.*

                                         By: */s/ Nzoh Ebwekoh*
                                         Nzoh Ebwekoh
                                         3747 Nairobi Lane
                                         North Las Vegas, NV 89032
                                         Telephone:  (405) 926-0236
                                         Email:  nzoh0827@gmail.com

**IT IS SO ORDERED**:

this __22nd__ day of ___February_____, 2018.

_____
United States Magistrate Judge

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

4820-7772-2206